UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re

Jihan Consuelo Todorovich,

      Debtor.

Chapter 13
Case No. 24-20013-gmh

**ORDER CONFIRMING NO AUTOMATIC STAY**

    TitleMax of Wisconsin, Inc. (the "Movant") filed a motion to confirm that no automatic stay was in effect.   The Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the automatic stay imposed by 11 U.S.C. §362(a) of the bankruptcy code is not in effect in this bankruptcy proceeding .

                                      #####