So Ordered.

Dated: January 17, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

| Jihan Consuelo Todorovich, | Case No. 24-20013-gmh |
|---|---|
| Debtor. | Chapter 13 |

**ORDER**

TitleMax of Wisconsin, Inc., moves for confirmation of termination of the automatic stay pursuant to 11 U.S.C. §362(c)(4)(A). Section 362(c)(4)(A) states as follows:

> (i) if a single or joint case is filed by or against a debtor who is an individual under this title, and if 2 or more single or joint cases of the debtor were pending within the previous year but were dismissed, . . . the stay under subsection (a) shall not go into effect upon the filing of the later case; and
>
> (ii) on request of a party in interest, the court shall promptly enter an order confirming that no stay is in effect;

The debtor has filed five chapter 13 bankruptcy cases in this district since August 8, 2023, and all five have been dismissed. See Case Numbers 23-23549, 23-24329, 23-25156,

23-25502, and 23-25775. The debtor commenced this case on January 3, 2024, and he has not moved to impose the automatic stay or make the showing of good faith required by §362(c)(4)(B).

Therefore, pursuant to 11 U.S.C. §362(c)(4)(A), IT IS ORDERED that the automatic stay imposed by 11 U.S.C. §362(a) did not go into effect on January 3, 2024, when this case was filed.

#####